**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **DOROTHY CLARK, on behalf of herself and others similarly situated,** | ) ) ) | Case No. 3:20-cv-1109 |
| Plaintiff, | ) ) | Judge Jack Zouhary |
| vs. | ) ) ) | **ORDER GRANTING JOINT MOTION** |
| **IAC HURON, LLC,** | ) ) | **FOR APPROVAL OF FLSA** |
| | ) | **COLLECTIVE ACTION SETTLEMENT** |
| Defendant. | ) | **AND DISMISSAL WITH PREJUDICE** |
| | ) | |

This matter is before the Court on the Parties' Joint Motion for Approval of Collective Action Settlement and Dismissal with Prejudice ("Joint Motion") pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve as fair and reasonable, the proposed settlement (the "Settlement") reached by the Parties and memorialized in the Collective Action Settlement Agreement and Release (the "Agreement"). Unless otherwise defined, all terms used in this Order have the same meanings as defined in the Agreement.

Having reviewed the Joint Motion and its exhibits, the Agreement, the supporting declaration, and the pleadings and papers on file in this action, and for good cause established therein, the Court enters this Order. In doing so, the Court approves the Agreement, the proposed allocation and calculation of Settlement Awards, the Service Award to Representative Plaintiff, and the attorneys' fees and litigation expenses to Plaintiffs' Counsel. In entering this Order, the Court finds as follows:

1. On May 21, 2020, Representative Plaintiff filed this lawsuit.

2. On September 18, 2020, Defendant filed its Answer.

1

3.      On October 20, 2021, the Parties notified the Court that they have reached an agreement to settle this case.

4.      The total settlement amount is $42,000, which includes: (a) all individual settlement payments to the 28 Opt-In Plaintiffs, including Representative Plaintiff, who previously filed Consent to Join Forms with the Court; (b) a service award of $500 to Representative Plaintiff for her services in bringing and prosecuting this Action; and (c) Plaintiffs' Counsel's attorney fees and litigation expenses.   This amount does not include any required employer tax contributions with respect to any portions of the Settlement Awards and the Service Payment treated as wages and reported on Internal Revenue Service Form W-2.

5.      The Court approves the Agreement. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under Section 16(b) of the FLSA, 29 U.S.C. § 216(b).   The Court finds that the Settlement resulted from arm's-length negotiations between experienced counsel after substantial investigation.

6.      The Court has considered all of relevant factors, including the risk, complexity, expense and likely duration of the litigation; the extent of investigation; the amount offered in the settlement; and the experience and views of the Parties' Counsel.

7.      The Court finds that the total settlement amount of $42,000 is fair and reasonable.

8.      The Court finds that the proposed allocation and calculation of the Settlement Award payments is fair and reasonable.

9.      The Court approves the payment of attorneys' fees and litigation costs to Plaintiffs' Counsel and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

10.     The Court approves the payment of the Service Payment to the Representative Plaintiff and orders that such Service Payment be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

11.     The Court dismisses the claims of the Opt-in Plaintiffs with prejudice, and enters final judgment dismissing them from the action. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Order immediately.

12.     The Court retains jurisdiction over the action to enforce the terms of the Agreement, including, but not limited to, the administration of the settlement.

**IT IS SO ORDERED:**

Date: __1/19/2022_____          *s/ Jack Zouhary*_____
                                     Jack Zouhary
                                     United States District Court Judge